IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CANDIDO AGUIAR ESTRADA,<br>    A# 024785869,<br>        Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | No. 3:26-CV-703-N-BW |
| | § | |
| U.S. IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>        Respondent. | §<br>§<br>§<br>§ | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this habeas action will be dismissed for failure to prosecute or follow orders of the Court.

A certificate of appealability (COA) is not required for a federal detainee to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). In the event the petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED** this 26th day of May, 2026.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE